**Exhibit A to the Complaint**

**Location:** Philadelphia, PA  
**Total Works Infringed:** 26  
**IP Address:** 100.19.84.41  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: A3F48EADCC48715AAC920647B517D36CFEA3EF25<br>File Hash: 79FBFABCA7F9575F7EA11AAB299B3ED03901F46B5F1500FB8225410EE54FA5E8 | 05-28-2021 15:03:36 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |
| 2 | Info Hash: C3FB7277333208A9A5A6875DFC848D49EBF63316<br>File Hash: 62B9ECD5B5E4215A3A277FABECFAD4106237E5194C3DC0491B94AF579227FACE | 05-24-2021 04:43:41 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 3 | Info Hash: 7EEF7233C8C4FB9F9700A542A31BBBA1330EA202<br>File Hash: A7091159B44677D67259A1F4B2557514BA8D00DD40119D85CC5B6F3553A536AC | 05-24-2021 04:34:54 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |
| 4 | Info Hash: 5B05B4756465E8FBC3AEB69A9DDBACFB92195E16<br>File Hash: A0DA312FFEA355FDD71CF007B13DDB12E6F63BF39CA425BA70A999EC05FBC48A | 04-07-2021 13:21:35 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 5 | Info Hash: 5EFC372A9A232F2A2C4F836A90292238000157E3<br>File Hash: DF20477BA851C75D4916169B58F3860084D555D8B96BA91B1408066D86513723 | 04-07-2021 02:22:18 | Blacked Raw | 02-15-2021 | 03-08-2021 | PA0002280367 |
| 6 | Info Hash: 58A2718F06BEDF42378F7D683C261C6E717BEED0<br>File Hash: 367DA0B6CB23569E57D6BDECB108ADD0B0002715646EFED1F8246C3D92616F20 | 04-06-2021 12:24:25 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 7 | Info Hash: 0AC75990739A686B555938ABFD3276F73FF69DFF<br>File Hash: 2CA5AA073582E71D9492E7E3E529F4816734EFC58D3451C35339EE6074EEA6F0 | 03-27-2021 14:35:38 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 8 | Info Hash: A0D231C69410DDFB8B2D18113A9E5A13210C3E4F<br>File Hash: AD6AA73F5B75932D95CD3DC7F4A87B9B79B13007469AC8D392396797CCA8AD60 | 03-27-2021 14:19:15 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 97411C3987A905CD4C458D6A88BC8EB53796B51B<br>File Hash: 169C2D70CE4F3BF1320FE3AB4A5BF7A90BF0429D9734BBF6A872DA7BF3CAA5C0 | 03-27-2021 13:39:55 | Tushy | 02-07-2021 | 03-08-2021 | PA0002280362 |
| 10 | Info Hash: 93EB9DEAF463F4AF3BD9E2D76BA391F909CCC7F2<br>File Hash: 04CA4329B75F3F75ABC66A751B7820B57C4F956A749EA82616FC05382A887E9A | 03-27-2021 12:47:39 | Blacked | 02-06-2021 | 03-08-2021 | PA0002280372 |
| 11 | Info Hash: B7F95C7485D8CE13FDAF1C84C7F2B28FD7196639<br>File Hash: 196C11D4AF5268CA3183FD2C119FA845C13796427571509A63C0AE435D1E29DF | 03-27-2021 12:40:14 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |
| 12 | Info Hash: 747D3FC7E024B3165FFCC028FBD37CBE09D1B640<br>File Hash: B0D40E41F0DC9D5094ADFC31E36D551DA13B07625F4C9F1E1CF922851D82B78D | 03-27-2021 12:37:13 | Blacked Raw | 01-11-2021 | 02-26-2021 | PA0002283703 |
| 13 | Info Hash: F2D58D0D2635DDE3BBE018EF87E28BFB4A1DCA0B<br>File Hash: A182656B5855D9EEEB1A21DEAC2D825C87BC0FD2767A1E34F247D9208085DABD | 03-27-2021 12:34:41 | Blacked Raw | 02-08-2021 | 03-08-2021 | PA0002280363 |
| 14 | Info Hash: 5EA1CEDFD4BE9576CDFC7164EC71A2854CBFE95B<br>File Hash: 19B7648336A0AB740B87093BD080CCAEC8B990B2083C3E21389D741846334EA5 | 03-13-2021 14:47:12 | Tushy | 02-28-2021 | 03-22-2021 | PA0002282501 |
| 15 | Info Hash: 40B618515790CB5245901B36028EC5CF962DB9B0<br>File Hash: 3B4F63B3EA800CD166A83F1D6D63EA40DA6B878EDF8034E5928B9FB164E6E88C | 03-13-2021 11:53:15 | Blacked | 02-20-2021 | 03-08-2021 | PA0002280369 |
| 16 | Info Hash: A958C52F2441F6FC0F41EF7DB16076374893D9DE<br>File Hash: CEC4A51418BC77D6FC7DF8A0E628510C744DCD589B3684B53CE1D371A04B28D2 | 03-13-2021 11:16:36 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 17 | Info Hash: 2BE97DFA49EF767D94E4040239C494349D409C46<br>File Hash: EBECDE01923BC5F8B50C0700F6BD81D8A5DCE5C823A61C812B675ED1D9613424 | 02-06-2021 13:59:49 | Blacked | 01-30-2021 | 02-26-2021 | PA0002283695 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 92ECBCA42BEE2DBD41061A87C1FE4AD94D24A0B4<br>File Hash: 062E244290381DFB1C0FB755670552BA3F41585F86992683AC19F2591CBC59E5 | 01-25-2021 00:48:29 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |
| 19 | Info Hash: A6BDB702FDC2F99FCFC7B6D936C66A8CCE8CD3AC<br>File Hash: CA1717B5431B9E79AAEC7F85021F842AA05BE03ACF69D42B731AE2EDE639DA7F | 01-05-2021 12:27:26 | Vixen | 11-13-2020 | 12-09-2020 | PA0002274953 |
| 20 | Info Hash: 93B327A8C48936A0E4EE9E25BA5D92239B7F914E<br>File Hash: 00569396D8A24122745102BDD317673CF22263E245479FF762519E19B818C9C2 | 01-05-2021 12:27:26 | Blacked Raw | 11-30-2020 | 01-04-2021 | PA0002277037 |
| 21 | Info Hash: 97DBC412467273A5AABCF3D26E13F83FEEEDD9BD<br>File Hash: 29019A60FE2D2C71C049A0855D2ED41BFFFFE95470150CAF81DFB4D37857410E | 01-05-2021 12:26:57 | Vixen | 10-23-2020 | 11-18-2020 | PA0002272622 |
| 22 | Info Hash: 7C9E7439294D283600D262EF7776E5CF9F31D41E<br>File Hash: 6B9279E5B80C868C4B6CB4049FB497DD3F916FCA0AE9A9449A07A3317535D973 | 01-05-2021 12:26:50 | Tushy | 11-08-2020 | 12-09-2020 | PA0002274932 |
| 23 | Info Hash: 41173C5F7359A9FC9F286D56CAA3585A9B525A27<br>File Hash: 6726476A3C0BB654896DD95921CAAA306C2870E19C498587A6AE105DBC5F10CC | 12-31-2020 17:03:38 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 24 | Info Hash: C402F50AEE172F954FB7E93B38AE22D164E9CDD8<br>File Hash: 8C8784AAA22EE7D6F14BBFC0DF870429185FF2BAA536C4BBEAA2AAABA592FD14 | 12-31-2020 16:59:04 | Vixen | 09-04-2020 | 09-22-2020 | PA0002265929 |
| 25 | Info Hash: 42F4FC72BFE526D9442ABCD62F01232B062FAF12<br>File Hash: 70D50A2F962E9E69D64450F1255A37496A84DC51CBC070FC62FD9604E9F44960 | 12-31-2020 16:31:27 | Blacked | 12-12-2020 | 01-04-2021 | PA0002277035 |
| 26 | Info Hash: AE7CFE431BC4E933E92E11032C25A67D4CA61B79<br>File Hash: F638DC8E8853C8CF9176D97CB6027BDD2DBDB470C7EF8A8C9BECCCEB3A4B6104 | 12-31-2020 16:13:34 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |